IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOUGLAS E. HUMPHREY,                    )
                          Plaintiff,    )        2:14cv1349
                                        )        Electronic Filing
        vs.                             )
                                        )        Judge David Stewart Cercone /
                                        )        Chief Magistrate Judge Maureen P. Kelly
JOHN E. WETZEL *Jointly and Severally*  )
*sued in their individual and official* )
*capacities*; BRIAN COLEMAN *Jointly and* )
*Severally sued in their individual and* )
*official capacities*; VINCENT MAZESKI  )
*Jointly and Severally sued in their*   )
*individual and official capacities*; CAPT. )
TREMPUS *Jointly and Severally sued in* )
*their individual and official capacities*; )
Officer SKOBOL *Jointly and Severally*  )
*Sued in their individual and official* )
*Capacities*; Officer PENDLETON *Jointly* )
*And Severally sued in their individual and* )
*official capacities*,                  )
                          Defendants.   )

## MEMORANDUM ORDER

        AND NOW, this __13__ day of August, 2015, after Plaintiff Douglas E. Humphrey filed

a complaint in the above-captioned case, and after [30] Motion to Dismiss was filed by

Defendants, and after [46] Report and Recommendation was filed by Chief United States

Magistrate Judge Kelly giving the parties until August 10, 2015 to file written objections thereto,

and upon consideration of [47] Objections filed by Plaintiff Douglas E. Humphrey, and upon

independent review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is ADOPTED as the opinion of this Court,

        IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No. [30], is GRANTED.

        IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

DS Cercone

_____
David Stewart Cercone
United States District Judge


cc:    Honorable Maureen P. Kelly
       Chief United States Magistrate Judge

       Douglas E. Humphrey
       CL4146
       SCI Fayette
       P O Box 9999
       La Belle, PA 15450-0999
       (*Via First Class Mail*)

       Sandra A. Kozlowski, Esquire
       (*Via CM/ECF Electronic Mail*)